**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 13-2203**

─────────────

FANTASHIA S. ROBINSON,

              Plaintiff - Appellant,

        v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security,

              Defendant - Appellee.

─────────────

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.   Robert E. Payne, Senior District Judge.  (3:12-cv-00587-REP)

─────────────

Submitted:  March 26, 2014            Decided:  May 14, 2014

─────────────

Before KEENAN and DIAZ, Circuit Judges, and HAMILTON, Senior Circuit Judge.

─────────────

Affirmed by unpublished per curiam opinion.

─────────────

Daniel S. Jones, LAW OFFICES OF HARRY J. BINDER & CHARLES E. BINDER, P.C., New York, New York, for Appellant.  Nora Koch, Acting Regional Chief Counsel, Charles Kawas, Acting Supervisory Attorney, James A. McTigue, Assistant Regional Counsel, SOCIAL SECURITY ADMINISTRATION, Philadelphia, Pennsylvania; Dana J. Boente, Acting United States Attorney, Robin Perrin Meier, Assistant United States Attorney, Richmond, Virginia, for Appellee.

─────────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Fantashia S. Robinson appeals the district court's order accepting the recommendation of the magistrate judge and affirming the Commissioner's denial of disability insurance benefits and supplemental security income.

We have reviewed the parties' briefs and the record on appeal and find no reversible error. Accordingly, we affirm. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED